**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01583-CR

**BENJAMIN KNIGHTEN BURCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-00319-Q**

## ORDER

On the Court's own motion, we **ORDER** the  appellant's brief received on August 4, 2015 filed as of the date of this order.

/s/      ADA BROWN
　　　　JUSTICE